[No. 12896-5-I. Division One. June 6, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. DONALD GARY YOUNG, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 81-1-00238-5, Byron L. Swedberg, J.,

entered February 17, 1983. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Williams and Andersen, JJ.